Daniel L. Feiner, OSB# 81221
Attorney at Law
1221 SW 10th Ave., Unit 1103
Portland, OR  97205
(503) 228-2822

Attorney for Preston Lee Udenby

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:14-cr-00108-MO |
| **Plaintiff,** | |
| vs. | **MOTION TO CONTINUE TRIAL DATE** |
| **PRESTON LEE UDENBY,** | |
| **Defendant** | |

Preston Lee Udenby moves the Court for an order continuing trial in the above-captioned case from May 13, 2014 until August 12, 2014 or a date thereafter convenient for the Court and parties.  This motion is supported by the accompanying declaration of Daniel Feiner.

DATED this 25th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　_/s/   DanielFeiner_____
　　　　　　　　　　　　　　　　　　　　Daniel Feiner, OSB# 81221
　　　　　　　　　　　　　　　　　　　　Attorney for Preston Lee Udenby

Page 1 – MOTION TO CONTINUE TRIAL DATE